UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARZUQ AL-HAKIM,
Petitioner.

v.  CASE NO. 8:07-cv-1093-T-17EAJ

KROLL LABORATORY SPECIALIST, INC.,
Respondent.
_____/

## ORDER

Marzuq Al-Hakim filed a 42 U.S.C. § 1983 and §1981 complaint against Kroll Laboratory Specialists, Inc., David A. Green, and James A. Prather (Doc. No. 1). Kroll Laboratory Specialists, Inc., a Louisiana corporation, was contracted to conduct drug tests by the Florida Department of Corrections. Dr. David A. Green, a Kroll Laboratory employee, administered Al-Hakim's urine drug test in accordance with his probation. Al-Hakim alleges that Florida probation officer James A. Prather violated his constitutional rights by failing to maintain the evidentiary chain of custody on the urine sample, causing Al-Hakim to violate his probation by testing positive for cocaine use. In addition, Al-Hakim filed a motion to proceed in forma pauperis (Doc. No. 2).

Al-Hakim has filed numerous cases in this Court, and has also filed numerous motions to proceed in forma pauperis. In the present in forma pauperis motion, Al-Hakim states that he receives monthly Supplemental Security Income of $623.00. He also states that he pays a monthly mortgage payment of $550.00 on the property located at 1115 East Eskimo Avenue, Hillsborough County, Tampa, Florida.

The Court takes judicial notice of the Hillsborough County Property Appraiser's record showing that the property at 1115 East Eskimo Avenue belongs to Rudolph Harris. Rudolph Harris is Al-Hakim's father (See Transcript of Court Proceedings Attached to Doc. No. 1, at page 32).

In previous motions to proceed in forma pauperis, Al-Hakim has stated that he has no monthly income and no monthly expenses. For example, see motion to proceed in forma pauperis in case number 8:00-cv-T-25F. (Doc. No. 2).

Pursuant to 28 U.S.C. § 1915(e)(2)(A):

> "(2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that—
> (A) the allegation of poverty is untrue."

Al-Hakim's allegation of poverty in this, and/or previous motions to proceed in forma pauperis is untrue. Therefore, under the statute, this Court may dismiss the case, without prejudice.

Accordingly, the Court orders:

That Al-Hakim's complaint is dismissed, without prejudice. The Clerk is directed to enter judgment against Al-Hakim and to close this case.

**ORDERED** in chambers at Tampa, Florida on this 2nd day of August, 2007.

ELIZABETH A. KOVACHEVICH
United States District Judge

CC: Marzuq Al-Hakim